IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA FRANKLIN, SR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL L. KENNEY, et al., <br><br> Defendants. | 4:14CV3243 <br><br> ORDER |

This matter is before the Court on the parties' Stipulation (Filing No. 38). The court adopts the parties' stipulation for good cause shown,

**IT IS ORDERED**:

The Nebraska Department of Correctional Services' documents disclosed in the defendants' initial disclosures, some of which are maintained pursuant to Neb. Rev. Stat. § 83-178, shall be provided to the plaintiffs' counsel Amy Miller and Eric Kruger, under the following conditions:

1. Counsel shall not make available to any person committed to DCS the content of the confidential documents enumerated in the stipulation without further order of this Court.

2. The entry into this Stipulation by the parties in no way relieves either party from complying with the Rules of Civil Procedure.

Dated this 30th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge