IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA FRANKLIN, SR., ) | Case No. 4:14-CV-3243 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION TO DISMISS |
| ) | |
| MICHAEL KENNEY ET AL., ) | |
| ) | |
| Defendants. ) | |

Comes now the Plaintiff and respectfully moves the Court for an Order dismissing the above-captioned matter at the Plaintiff's cost, without prejudice.

Dated this 12th day of June, 2015.

By: /s/ Amy A. Miller
Amy A. Miller, #21050
ACLU Nebraska Foundation, Inc.
941 O Street, Suite 706
Lincoln, Nebraska 68508
Phone: (402) 476-8091
Facsimile: (402) 476-8135

Eric W. Kruger, #15430
7520 Fairway Drive
Omaha, NE  68152
E-mail:  eric@498-8600.com
Telephone:  (402) 651-5505

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Amie Larson, Defendants' attorney of record.

/s/ Amy A. Miller